## CHRAMCEK v. STATE.
### No. 17933.

Court of Criminal Appeals of Texas. •
Feb. 19, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for driving a motor vehicle upon the public highway while intoxicated; penalty assessed at confinement in the county jail for sixty days.

The indictment appears regular. Appellant entered a plea of guilty to the offense charged. The record is before this court without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.